IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| JAMES L. STATE, deceased, and BETTY J. STATE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 140326N |
| v. | ) ) | |
| TILLAMOOK COUNTY ASSESSOR, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant-Intervenor. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision entered September 2, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant-Intervenor's Motion to Dismiss as Moot (Motion) filed on August 21, 2014. Plaintiffs filed their Complaint on July 17, 2014, requesting reinstatement into the Senior Property Tax Deferral Program (Program). In its Motion, Defendant-Intervenor agreed that Plaintiffs met all the requirements of the Program and represented that "[Plaintiffs'] account has been reinstated and [Defendant-Intervenor] will pay the property taxes for the 2014/15 tax year to Tillamook County." (Inv's Mot at 1.) Because

/ / /

/ / /

Defendant-Intervenor has provided Plaintiffs' requested relief, the case is ready for decision.[1]

Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' request for reinstatement into the Senior Property Tax Deferral Program for the 2014-15 tax year is granted.

Dated this ____ day of September 2014.

 

 

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 19, 2014. The Court filed and entered this document on September 19, 2014.*

---

[1] As of the date of this Decision, Defendant Tillamook County Assessor has not filed an Answer in this matter. Although Plaintiffs named Tillamook County Assessor as a defendant, Plaintiffs did not challenge any "order, act, omission, or determination" of Defendant Tillamook County Assessor; Plaintiffs attached only a Disqualification Notice issued by Defendant-Intervenor. TCR-MD 1 B. Thus, the court concludes this matter is ready for decision based on Defendant-Intervenor's agreement to provide Plaintiffs' requested relief.